# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

David Hake
*Plaintiff*
v.
Mac's Convenience Stores, LLC
*Defendant*

) Case No. 3:26-cv-01133

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Mac's Convenience Stores, LLC .

Date: 11/10/26

/s/ Zachary G. Stillman
*Attorney's signature*

Zachary G. Stillman (ARDC No. 6342749)
*Printed name and bar number*

Litwin Kach LLP
401 N. Michigan Ave Ste 1200
Chicago, IL 60611
*Address*

zach@litwinkach.com
*E-mail address*

312 210 0728
*Telephone number*

n/a
*FAX number*

Print Save As... Reset