**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ______________________________, | ) | |
| ______________________________, | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **vs.** | ) | **Case No. _____-cv-_________** |
| | ) | |
| ______________________________, | ) | |
| ______________________________, | ) | |
| | ) | |
| **Defendant(s).** | ) | |

# Notice & Consent to Magistrate Judge Jurisdiction

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. *See* 28 U.S.C. § 636(c). A magistrate judge's final rulings may be directly appealed to the United States court of appeals like any other judgment of this court. A magistrate judge can only handle a trial or final judgment if all parties consent or agree for them to hear the case.

*Consent to a magistrate judge's authority.* If you consent, it means you agree to have your case heard by a magistrate judge. If you do not consent the case will be assigned (or reassigned) to a district judge. There are no consequences to consenting or not consenting. All consent forms remain sealed unless and until all parties voluntarily consent.

Please check the box to agree to consent, or to decline:

☐ I **consent** to have a magistrate judge hear my case.

☐ I **do not consent** to have a magistrate judge hear my case.

Print and sign your name to finalize your decision:

| | | |
|---|---|---|
| ______________________ | ______________________ | ______________ |
| *Printed Party name* | *Attorney or Party Signature* | *Date* |
| ______________________ | ______________________ | ______________ |
| *Printed Party name* | *Attorney or Party Signature* | *Date* |
| ______________________ | ______________________ | ______________ |
| *Printed Party name* | *Attorney or Party Signature* | *Date* |

You must complete and return this form by the deadline the Clerk of Court sets. Incomplete forms will be rejected, and you will be asked to complete a new form. **Corporations may execute this election only by counsel.**