IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Hake<br>*Plaintiff*<br>v.<br>Mac's Convenience Stores, LLC<br>*Defendant(s)* | Case Number: 3:26-cv-01133-GCS |

## Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter shall select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

- [x] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).
- [ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| *Printed Name of Party* | *Signature of Party or Attorney* | *Date* |
|---|---|---|
| Mac's Convenience Stores, LL | [signature] | 11/13/2026 |
| | | |
| | | |
| | | |

Submitted By: /s/ Zachary G. Stillman Dated: 11/13/2026

**Note: Corporations may execute this election only by counsel.**